1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    USA TRUCK, INC.,                         No.  1:20-cv-00158-DAD-JDP

12              Plaintiffs,                     ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS, GRANTING
13         v.                                   PLAINTIFFS' MOTION FOR DEFAULT
                                                JUDGMENT, DISMISSING DOE
14    JUGAN EXPRESS INC., *et al*.,             DEFENDANTS, AND CLOSING CASE

15              Defendants.                     (Doc. Nos. 10, 11)

16

17         On March 25, 2020, plaintiff USA Truck filed a motion for default judgment on its claim

18   brought under the Carmack Amendment to the Interstate Commerce Act, 49 U.S.C. § 14706,

19   against defendant Jugan Express.  (Doc. No. 10.)  Plaintiff claims that defendant accepted a

20   written request to ship $34,210.26 in wine from California to Nevada, but never completed the

21   shipment—and that, in fact, the shipment was lost or stolen while in defendant's possession.

22   (Doc. No. 11.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C.

23   § 636(b)(1)(B) and Local Rule 302.

24         On May 5, 2020, the assigned magistrate judge issued findings and recommendations,

25   recommending that the motion for entry of default judgment be granted.  (Doc. No. 11.)  The

26   findings and recommendations were served on the parties and contained notice that any

27   objections were to be filed within fourteen (14) days of service.  *Id.*  On June 11, 2020, plaintiff

28   /////

                                                1

1   filed a statement of non-opposition.  (Doc. No. 12.)  Defendants failed to file any objections, and

2   the time to do so has now passed.

3         In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c) and Local Rule 304, the

4   court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the

5   court concludes that the findings and recommendations are supported by the record and proper

6   analysis.

7         Accordingly:

8       1.  The findings and recommendations issued May 5, 2020 (Doc. No. 11) are adopted

9          in full;

10      2.  Plaintiff's motion for default judgment against Jugan Express, Inc. (Doc. No. 10)

11         is granted, with amounts updated to reflect additional interest and the cost of

12         preparing for the hearing on the motion;

13      3.  Judgment shall be entered against Jugan Express, Inc. in the amount of

14         $40,131.23, which reflects the sum of damages, interest, and fees.

15      4.  At plaintiff's oral request, all Doe defendants are dismissed from this action; and

16      5.  The Clerk of the Court is directed to enter judgment and close this case.

17  IT IS SO ORDERED.

18    Dated:   **June 23, 2020**

19                             UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28